1  EDWARD H. ARENS (SBN 259155)
   earens@phillipsandcohen.com
2  PHILLIPS & COHEN LLP
   100 The Embarcadero, Suite 300
3  San Francisco, CA 94105
   Tel: (415) 836-9000
4  Fax: (415) 836-9001

5  Attorneys for *Qui Tam* Plaintiff

**FILED**

JAN 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. [UNDER SEAL], | Case No: CV-21-8900-NC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| [UNDER SEAL], | **FILED UNDER SEAL** |
| Defendants. | |

EDWARD H. ARENS (SBN 259155)
earens@phillipsandcohen.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

Attorneys for *Qui Tam* Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. CATHERINE HUDDLE,<br><br>    Plaintiff,<br><br>v.<br><br>DRCHRONO, INC., and TEBRA TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No: CV-21-8900-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**FILED UNDER SEAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and U.S.C. § 3730(b)(1), *qui tam* Plaintiff-Relator Catherine Huddle ("Relator") hereby notices the voluntary dismissal of the Amended Complaint without prejudice. In support of this Notice, Relator states as follows:

1.    Relator filed the Complaint in the False Claims Act case under seal on November 17, 2021, pursuant to the *qui tam* provisions of the federal False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*

2.    As required by the FCA, the Complaint was filed under seal and without service on the Defendants. 31 U.S.C. § 3730(b)(2).

3.    Relator filed the Amended Complaint under seal on December 19, 2022. In accordance with the FCA, the Amended Complaint was not served on the Defendants.

4. Relator has decided, prior to effectuating service on the Defendants, that she wishes to voluntarily dismiss the Complaint without prejudice.

5. Rule 41(a)(1) of the Federal Rules of Civil Procedure permits a plaintiff to dismiss an action with or without prejudice by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment.  Fed. R. Civ. Pro. 41(a)(1).

6. Relator's Notice of Voluntary Dismissal falls within the terms of Rule 41(a)(1) because the Complaint has not been served upon the Defendants and therefore no answer or motion for summary judgment has been filed in response.

7. Under the FCA, a qui tam plaintiff may dismiss an FCA action with the written consent of the United States and the Court.  31 U.S.C. § 3730(b)(1).  Relator's counsel informed counsel for the United States of Relator's intention to voluntarily dismiss the Amended Complaint without prejudice, and counsel for the United States has consented to this voluntary dismissal.

8. Accordingly, Relator requests that the Court enter the dismissal of this action without prejudice to Relator.  A proposed order is attached to this Notice.

Dated: January 24, 2024

PHILLIPS & COHEN LLP

By:  /s/ Edward H. Arens

Edward H. Arens
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

Colette G. Matzzie
Phillips & Cohen LLP
2000 Massachusetts Ave. NW
Washington, D.C.  20036
Tel: (202) 833-4567
Fax: (202) 833-1815

Attorneys for Plaintiff-Relator Catherine Huddle.

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. My business address is 100 The Embarcadero, Suite 300, San Francisco, CA 94105.

On January 24, 2024, I served Relator's NOTICE OF VOLUNTARY DISMISSAL on each person or entity named below by e-mail.

Date of e-mailing: January 24, 2024

Place of e-mailing: San Francisco, California.

Person(s) and/or Entity(s) to whom e-mailed:

Shiwon Choe
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Shiwon.Choe@usdoj.gov

Kimberly Friday, Esq.
Trial Attorney
United States Department of Justice Civil Division
175 N Street N.E.
Washington, D.C. 20002
Kimberly.I.Friday@usdoj.gov

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2024 at San Francisco, California.

/s/ Edward H. Arens
Edward H. Arens