**RECEIVED**

JAN 24 2024

MARK B. BUSBY
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYBN 4325163)
Chief, Civil Division

SHIWON CHOE (CABN 320041)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    shiwon.choe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CATHERINE HUDDLE, <br><br> Plaintiff, <br><br> v. <br><br> DRCHRONO, INC. and TEBRA TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 5:21-cv-08900-NC <br><br> **THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL; [PROPOSED] ORDER TO UNSEAL** <br><br> **FILED UNDER SEAL** |

1  The United States hereby notifies the Court that it consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States respectfully requests that (1) Relator's Complaint, (2) the Summons, (3) the Order Setting Initial Case Management Conference and ADR Deadlines, (4) Relator's Consent to Magistrate Judge Jurisdiction, if any, (5) Relator's First Amended Complaint, (6) Relator's Notice of Voluntary Dismissal, (7) this Statement, and (8) the attached proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action.  The United States respectfully requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: January 24, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for the United States

**[PROPOSED] ORDER TO UNSEAL**

Relator having voluntarily dismissed this action, and the United States having consented to dismissal without prejudice to the rights of the United States, IT IS HEREBY ORDERED THAT:

1. Relator's Complaint; the Summons; the Order Setting Initial Case Management Conference and ADR Deadlines; Relator's Consent to Magistrate Judge Jurisdiction, if any; Relator's First Amended Complaint; Relator's Notice of Voluntary Dismissal; the United States' Consent to Voluntary Dismissal; and this Order, are hereby unsealed.

2. All other contents of the Court's file in this action shall remain under seal and not be made public.

3. The seal is lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

DATED: January ___, 2024

_____
HON. NATHANAEL COUSINS
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Attorney's Office for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of:

**THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL; [PROPOSED] ORDER TO UNSEAL**

to be served this date upon the parties as follows:

**Edward H. Arens**
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
earens@phillipsandcohen.com

**Colette Matzzie**
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue NW
Washington, DC 20036
cmatzzie@phillipsandcohen.com

*Counsel for Relator Catherine Huddle*

_____ BY FIRST CLASS MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ BY PERSONAL SERVICE, (MESSENGER)

_____ BY FEDEX

_____ BY FACSIMILE, (FAX) Telephone No.:

✓ BY E-MAIL: I caused each such document to be sent by email to the person or offices of each address above.

_____ BY CERTIFIED MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 24, 2024

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney